**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| MARVIN MANNING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-259 |
| | * | |
| DESHAWN JONES, ORBIE HARMON, LATASHA HARRIS, and DEPARTMENT OF CORRECTIONS, | * * * | |
| | * | |
| Defendants. | * | |

**O R D E R**

On October 30, 2026, the Court granted Plaintiff, currently incarcerated at Augusta State Medical Prison in Grovetown, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. 3.) Plaintiff has returned his Consent to Collection of Fees form (doc. 4), and Prisoner Trust Fund Account Statement (doc. 5). However, the account statement signed by a jail official does not have any supporting documentation attached, despite the jail official's certification that "the attached ledger sheets are true copies of the account records maintained by this institution." (Id.) Without the attached ledger sheets, the Court is unable to verify the correct partial filing fee amount owed by Plaintiff. See 28 U.S.C. § 1915(b).

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement, including required supporting documentation, and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall submit the required Prisoner Trust Fund Account Statement, signed by a jail official, with the required supporting documentation attached within **21 days** from the date of this Order. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that jail officials have received the Trust Fund Account Statement and understand the requirement of attaching the necessary supporting documentation, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that jail officials will expeditiously fill out the form and return it to Plaintiff with the required supporting documentation. Plaintiff must then return the Trust Fund Account Statement to the Court within **21 days** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA